IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 25-mj-1111 |
| | ) | D/WY No. 2:24-cr-00137-SWS |
| DAVID LEON-CAMPOS | ) | |

**O R D E R**

The defendant David Leon-Campos appeared in the Middle District of Tennessee on a bench warrant issued for his arrest by the United States District Court for the District of Wyoming for his failure to appear in D/WY Case No. 2:24-cr-00137-SWS for a sentencing hearing scheduled on January 28, 2025. The defendant appeared via videoconference with appointed counsel, TNMD Assistant Federal Public Defender Thomas Williams, with the assistance of an interpreter, and was advised of the nature of the warrant, after waiving his right to an identity hearing and consenting to proceed by videoconference.

Because the defendant failed to appear in the District of Wyoming as required for his sentencing, and was apprehended in Middle District of Tennessee, despite conditions of release that restrict his travel to the District of Wyoming, the Court finds a sufficient basis to detain the defendant for return to the District of Wyoming for further proceedings, including in connection with the issued bench warrant. Fed. R. Crim. P. 40(c).

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge